AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
See Attached Penalty Sheet

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum Imprisonment: One Year
Maximum Fine: $100,000
Maximum Supervised Release: One Year
Mandatory Special Assessment: $25

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

**DEFENDANT - U.S.**
► CAROL J. QUITMEYER

MAY 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 07 0296 MAG

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM — SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) — DEREK R. OWENS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## PENALTY SHEET

OFFENSE CHARGED:

36 C.F.R. § 4.23(a)(1) – Driving Under the Influence of Alcohol (Class B misdemeanor);
36 C.F.R. § 4.23(a)(2) – Driving with a Blood Alcohol Content of 0.08% or More (Class B misdemeanor).

PENALTY:

Maximum Term of Imprisonment: Six Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

E-filing

FILED

MAY 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL J. QUITMEYER,<br><br>    Defendant. | CR No. 07 0296<br><br>VIOLATIONS: 36 C.F.R. § 4.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 4.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about January 15, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

CAROL J. QUITMEYER,

was operating or in actual physical control of a motor vehicle while under the influence of alcohol, drugs, or any combination thereof, to a degree that rendered her incapable of safe

INFORMATION

1 | operation in violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1), a Class B
2 | Misdemeanor.

3
4 | COUNT TWO: 36 C.F.R. § 4.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%

5 | On or about January 15, 2007, in the Northern District of California, within the
6 | boundaries of an area administered by the National Park Service, the defendant,

7 | CAROL J. QUITMEYER,

8 | was operating or in actual physical control of a motor vehicle while having at least 0.08
9 | percent, by weight, of alcohol in her blood, in violation of Title 36, Code of Federal
10 | Regulations, Section 4.23(a)(2), a Class B Misdemeanor.

DATED: April 4, 2007

SCOTT N. SCHOOLS
United States Attorney

*/s/ Ioana Petrou*
IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____ )
DEREK R. OWENS
Special Assistant United States Attorney

INFORMATION