Location: CN29 Citation: 0890290 SIDE: A

New Citation Search    New Hearing Search

**United States District Court Violation Notice**

CVB Location Code: CN29

Violation Number: 0890290
Officer Name (Print): HARDIN
Officer No: 181

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1/13/07 2142
Offense Charged: 36 CFR 4.23(a)(1)
Place of Offense: Lime Point Gate, Fort Baker
Offense Description: Operate a motor vehicle while under the influence of alcohol or drugs - BAC 0.08 or greater

DEFENDANT INFORMATION

Last Name: QUITMEYER
First Name: Carol
MI: J

[Street Address, City, State, Zip Code, Date of Birth, Driver's License No, DL State, Social Security No — redacted]

VEHICLE DESCRIPTION

[Tag No, State, Year, Make/Model, Color, VIN — redacted]

A ☒ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address: 450 Golden Gate, San Francisco, CA

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Location: CN29 Citation: 0890290 SIDE: B

**New Citation Search   New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 January, 20 04 while exercising my duties as a law enforcement officer in the Northern District of California

~~While patrolling the security area at the north anchorage of the~~ Golden Gate Bridge, I observed a red Volkswagen, bearing California license pla[redacted]er the serpentine security barricades at the Lime [redacted] Fort Baker. I watched the car ~~negotiate halfway through the barricades then attempt to turn around~~ The driver was unable to get turned around and became wedged between the ditch and a barricade. The driver, identified as Carol QUITMEYER using her California driver license, continued to ~~attempt to rock her car free despite my attempts to gain her attention~~ ~~using my flashlight beam and voice commands~~ When she did notice me, she stated that she was trying to get home to Sausalito and was lost. Her eyes were bloodshot and her speech was slow ~~QUITMEYER admitted to having "a few" drinks. She was unsteady~~ ~~on her feet, and walked with a slow, deliberate and unsteady gait~~ QUITMEYER agreed to perform SFST's. She exhibited six clues of six possible on HGN, five of eight possible on Walk and Turn, and ~~two of four on One Leg Stand. QUITMEYER was placed under~~ ~~arrest. She invoked her Miranda rights and requested that a blood~~ sample be taken instead of breath. The blood draw was completed at San Francisco County Jail 9 and she was transported and booked into the Marin County Jail to be held until sober

The foregoing statement is based upon
[X] my personal observation   [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 1/13/07   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 2/15/2007 09 34 41