Exhibit A

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE
### SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 DATE OCCURRED | 4 CASE INCIDENT NUMBER |
|---|---|---|
| Golden Gate National Recreation Area | 1/13/07 | 07 00474 |

| 4 NATURE OF INCIDENT | 6 RECLASSIFICATION OF INCIDENT |
|---|---|
| DUI | |

**ITEM 7 RESULTS OF INVESTIGATION**

A. **INITIAL OBSERVATIONS:** I was patrolling the security area surrounding the Golden Gate Bridge north anchorage when I observed a car approaching the security area from the direction of the Fort Baker pier. The car continued past the public parking at the pier and entered the serpentine barricades protecting the security gate. The car, a red Volkswagen bearing California license plate 3DCD497, stopped about halfway through the barricades. The driver then attempted to turn around but was unable to complete the turn and got the vehicle wedged between the ditch and a barricade.

B. **VEHICLE STOP:** I approached the car on foot and shined my flashlight in the window to attract the driver's attention and gave loud verbal commands for her to stop the vehicle. The driver continued attempting to execute a turn around until I made physical contact with the vehicle.

C. **DRIVER CONTACT:** I approached the vehicle on the passenger side, noticing that the female operator was the sole occupant. Despite my attempts to gain the driver's attention using my flashlight beam and voice commands, she continued rocking the car, attempting to free it, until I knocked on the passenger side window. She the stopped what she was doing and rolled down the window. I identified her as Carol QUITMEYER using her California driver license. QUITMEYER explained to me that she was trying to get to her residence in Sausalito and was lost. I observed that her eyes were bloodshot and she spoke with a slow tempo. When asked if she had been drinking she stated that she had consumed, "a few" drinks. QUITMEYER was unsteady on her feet when standing and she displayed a slow, deliberate and unsteady gait when walking. US Park Police Officer Matt D'Onofrio arrived on scene to assist with the contact.

D. **FIELD SOBRIETY MANEUVERS:** QUITMEYER was cooperative. She told me that she was not wearing contact lenses and that, to her knowledge, she does not exhibit "natural" nystagmus. She also stated that she doe not suffer from any loss of knee or ankle mobility. She agreed to perform some maneuvers to demonstrate her ability to safely operate a motor vehicle. QUITMEYER was wearing high heeled shoes. I instructed her to remove the shoes, for better balance, and to perform the maneuvers barefoot. I conducted a Horizontal Gaze Nystagmus (HGN) evaluation. QUITMEYER scored 6 out of 6 possible clues on HGN. QUITMEYER exhibited the following clues on the Walk and Turn maneuver: (1) she could not keep her balance during the instructional stage causing her to step out of the instructed stance (2) she missed heel to toe on all 18 steps (3) she stepped off line repeatedly during steps 1-9 and 10-18 (4) she raised her arms during steps 1-9 and 10-18 (5) she counted 9 but took only 8 steps on the return for a total of 5 out of 8 clues.

| 8 WARRANTS YES ☐ NO ☒ | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED Name: | 11 INVESTIGATOR NOTIFIED Name: | 12 PAGE (2) OF ( ) PAGES |
|---|---|---|---|---|
| 13 STATUS: ☐ OPEN ☐ SUSPENDED CLOSED BY: ☒ ARREST ☐ EXCEPTION ☐ UNFOUNDED ||||||

| 14 REPORTING RANGER COMM. NO. DATE | 15 INVESTIGATOR COMM | 16 SUPERVISOR COMM. NO. DATE |
|---|---|---|
| Michael C. Hardin  #181  1/14/07 | | 1-18-07 |

0002

## SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 DATE OCCURRED | 4 CASE INCIDENT NUMBER |
|---|---|---|
| Golden Gate National Recreation Area | 1/13/07 | 07 00474 |

| 4 NATURE OF INCIDENT | 6 RECLASSIFICATION OF INCIDENT |
|---|---|
| DUI | |

**ITEM 7 RESULTS OF INVESTIGATION**

QUITMEYER exhibited the following clues on the One Leg Stand maneuver: (1) she swayed significantly enough that she leaned against her car for balance after counting to ten (2) she put her foot down at count three and again at five for a total of 2 out of 4 clues.

E. ARREST: At about 2142 hours I placed QUITMEYER under arrest for operating a motor vehicle while under the influence of alcohol or drugs. Park Ranger Jennifer Spaulding conducted a search incident to arrest of QUITMEYER's person and transported her to Park Police Headquarters at Building 1217. At B1217 I advised QUITMEYER of her legal rights per Miranda which she invoked. QUITMEYER declined to provide a breath sample, opting for a blood draw instead. Ranger Spaulding and I then transported her to San Francisco County Jail 9 where the blood draw was completed. After the blood draw, Ranger Spaulding and I transported QUITMEYER to the Marin County Jail where she was booked with an order to be released when sober.

F. VEHICLE: I conducted a search of the vehicle incident to QUITMEYER's arrest. No evidence or contraband was discovered. The vehicle was impounded and towed from the scene by Corte Madera Tow.

G. CHEMICAL TEST: QUITMEYER opted for a blood test. The sample was drawn, at County Jail 9 by a contracted, certified phlebotomist from Arcadia. I deposited the sample in refrigerated storage at the San Francisco Police Department South Station.

H. CHARGES:

P0890290  Operate a motor vehicle while under the influence of alcohol or drugs
Per se -BAC 0.08 or greater. 36CFR4.23(a)(1)
P0890291  Operate a motor vehicle while under the influence of alcohol or drugs to the
Degree that rendered her incapable of safe operation. 36CFR4.23(a)(2)

| 8 WARRANTS YES ☐ NO ☐ | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED Name: | 11 INVESTIGATOR NOTIFIED Name: | 12 PAGE (3) OF ( ) PAGES |
|---|---|---|---|---|
| 13 STATUS: ☐ OPEN | ☐ SUSPENDED | CLOSED BY: ☒ ARREST | ☐ EXCEPTION | ☐ UNFOUNDED |

| 14 REPORTING RANGER | COMM. NO. | DATE | 15 INVESTIGATOR | COMM | 16 SUPERVISOR | COMM. NO. | DATE |
|---|---|---|---|---|---|---|---|
| Michael C. Hardin | #181 | 1/14/07 | | | | #28 | 1-18-07 |

0003