Exhibit B

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant QUITMEYER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              )   No. CR-07-0296 MAG
                                          )
11                Plaintiff,              )
                                          )
12        v.                              )   DECLARATION OF CAROL
                                          )   QUITMEYER IN SUPPORT OF
13 CAROL QUITMEYER,                       )   DEFENDANT'S MOTION TO
                                          )   SUPPRESS
14                Defendant.              )
                                          )   Date: September 27, 2007
15 _____)   Time: 1:00p.m.
                                              Court: Honorable Nandor J. Vadas
16

17

18        I, Carol Quitmeyer, declare as follows:

19        1.    I am the defendant in the above-captioned case;

20        2.    On January 13, 2007, I was driving home to Sausalito and I became lost. I

21        made a wrong turn into the Fort Baker area and was looking for a way back to

22        Alexander Street;

23        3.    I wound up at a dead end in the road at Fort Baker with a security gate ahead of

24        me;

25        4.    I proceeded to turn around. Due to the narrowness of the area in front of the

26 QUITMEYER DECL. IN SUPPORT OF DEF'S
   MOTION TO SUPPRESS
   No. CR-07-296 MAG

                                        1

1   security gate, I needed to make a series of small three point turns to safely turn

2   my vehicle around;

3   5.   While I was executing the three point turns, a police officer approached the car,

4   knocked on the driver's side window, and ordered me to roll down the window.

5   I complied with the officer's order;

6   6.   I did not believe I was free to leave the area after the officer ordered me to roll

7   down the window.

8

9   I declare under penalty of perjury that the foregoing is true and correct to the best of

10   my knowledge and recollection.

11   Signed and dated this the _ 17 TH day of July, 2007

12

13

14   CAROL QUITMEYER

15

16

17

18

19

20

21

22

23

24

25

26
QUITMEYER DECL. IN SUPPORT OF DEF'S
MOTION TO SUPPRESS
No. CR-07-296 MAG

2