# Exhibit A

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

ELI SCHLAM
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL QUITMEYER,<br><br>    Defendant. | CR. No. 07-0296 MAG<br><br>DECLARATION OF RANGER MICHAEL HARDIN<br><br>Hearing Date: September 27, 2007<br>Time:         11:00 a.m.<br>Judge:        Hon. Nandor J. Vadas |

I, Michael Hardin, declare as follows

1.   I am the arresting officer in the above- captioned case;

2.   On January 13, 2007, I was patrolling the area around the surrounding the north anchorage of the Golden Gate Bridge;

3.   I observed a red Volkswagon bearing California license plate 3DCD497 drive past the public parking area and into the serpentine barriers protecting the secured area surrounding the north anchorage of the Golden Gate Bridge;

HARDIN DECLARATION
No. CR-07-0296

4. These barriers were arranged in a stacked pattern which created a curved path through them;

5. The vehicle attempted to turn around about halfway through the barricade and got stuck between a barrier and a ditch on the side of the road;

6. Observing this erratic driving I suspected the driver was intoxicated;

7. I was also concerned because the driver was approaching the north anchorage of the Golden Gate Bridge;

8. I approached the vehicle on foot and gave a verbal warning for the driver to stop the vehicle, I also used my flashlight to try and get the drivers attention

9. The driver continued to attempt the turn, rocking her car back and forth between the ditch and the barrier;

10. When I arrived at the vehicle I knocked on the passenger side window to get the drivers attention, at this point the driver stopped the vehicle;

11. I observed that the sole occupant of the vehicle was the female driver who I identified by her California Driver's License as Carol Qutimeyer;

12. I observed that Quitmeyer's eyes were bloodshot and that she spoke with a slow tempo. I asked Quitmeyer if she had been drinking and she stated that she had consumed "a few drinks.";

13. I then asked Quitmeyer if she would perform a field sobriety test. She complied with the request;

14. I administered several field sobriety tests. Quitmeyer failed each one;

15. I arrested Quitmeyer for Operating a Motor Vehicle While Under the Influence of Drugs or Alcohol;

16. Quitmeyer was transported to Park Police Headquarters and advised of her <u>Miranda</u> rights. Quitmeyer opted for a blood draw so she was transported to San Francisco County Jail 9 where the blood draw was performed. She was then transported to the Marin County Jail where she was booked with an order to be released when sober;

HARDIN DECLARATION
No. CR-07-0296

17. The blood sample provided by Quitmeyer was tested by the Forensic Laboratory Division of San Francisco. The Blood Alcohol Content of the sample was 0.19%.

18. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed August 9, 2007, at San Francisco, California.

DATED: 8/9/07                              Respectfully submitted,

                                           _____/s/_____
                                           MICHAEL HARDIN

HARDIN DECLARATION
No. CR-07-0296