Exhibit B



**National Park Service**
**U.S. Department of the Interior**

**Golden Gate National Recreation**
**Fort Mason Building 201**
**San Francisco, California 94123**

**(415) 561-4720 phone**
**(415) 561-4710 fax**

**Superintendent's Compendium**
Of Designations, Closures, Permit
Requirements and Other Restrictions
Imposed Under Discretionary Authority

| Approved: | /s/ | 12/02/01 |
|---|---|---|
| | Brian O'Neill | **Date** |
| | General Superintendent | |
| | Golden Gate National Recreation Area | |

In accordance with the regulations and delegated authority provided in Title 36, Code of Federal Regulations, Chapter 1, Parts 1 through 7, authorized by Title 16, United States Code, Section 3, the following regulatory provisions are established for the proper management, protection, government and public use of the portions of Golden Gate National Recreation Area, Presidio of San Francisco - Area A, Muir Woods National Monument, and Fort Point National Historic Site under the jurisdiction of the National Park Service. Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7.

In addition to these regulations, written determinations which explain the reasoning behind the Superintendent's use of discretionary authority as required by Section 1.5 (c) appear in this document identified by italicized print.

I.     **36 CFR §1.5 – VISITING HOURS, PUBLIC USE LIMITS, CLOSURES, AND AREA DESIGNATIONS FOR SPECIFIC USE OR ACTITITIVES**

**(a)(1) The following visiting hours and public use limits are established for all or for the listed portions of the park, and the following closures are established for all or a portion of the park to all public use or to a certain use or activity:**

**VISITING HOURS**

- All areas designated as **DAY USE** areas are closed between one hour after sunset until 6:00 a.m., unless designated by posting:

  - Baker Beach
  - China Beach
  - Conzelman Road: portion from its junction with McCullough road, westward to its junction with Field road
  - Fort Funston
  - Fort Point National Historic Site (all areas outside Historic Fort itself)
  - Kirby Cove (except registered campers with valid permits)
  - Marshals Beach
  - Muir Beach
  - Muir Beach Overlook
  - Muir Woods National Monument (OPENS 8:00 a.m.)
  - Stinson Beach

*These areas are designated as day use due to public safety concerns associated with limited visibility, steep coastal cliffs and the marine environment during hours of darkness. In addition, these areas are significant for the naturally spectacular serpentine coastal bluffs and particularly the Fort Point area is one of our remnant natural areas and contains populations of three rare plants that are highly sensitive to damage with no scheduled attendant protection services.*

- ALCATRAZ ISLAND public access is limited to the self-guided areas during day, evening and special programs operating hours. Alcatraz Island is open to the public during the following times
  - October 2 through May 30          8:45 a.m. – 4:45 p.m.
  - May 31 through October 1          8:45 a.m. – 7:00 p.m.

- FORT POINT HISTORIC SITE
  - Historic Fort (10:00 a.m. through 5:00 p.m.)

- LOWER FORT MASON public access to the exterior decks of Piers 1, 2, and 3 shall be between the hours:
  - April through October          6:00 a.m. – 10:00 p.m.
  - November through March          6:00 a.m.  – 7:00 p.m.

- POINT BONITA LIGHTHOUSE public access is limited to self-guided areas during day, evening and special programs operating hours. Point Bonita Lighthouse is open to the public the following times and days of the week:
  - Saturday through Monday    12:00 p.m. – 4:00 p.m.

2

**CLOSURES**
**The following areas are closed to public entry, except when accompanied by a park official, or when the Superintendent authorizes entry.**

- All facilities and buildings used for the storage, treatment, or transmission of electricity, gas, telephone, waste disposal, and domestic water.

- Areas fenced and/or posted as closed.

- ALCATRAZ ISLAND the following locations are closed to public use:
  - All tidepools
  - All designated breeding habitats
  - Areas fenced and/or posted as closed
  - Casemates under recreation yard
  - Catwalk circling recreation yard
  - Cellhouse roof
  - Cistern area
  - Citadel
  - Incinerator area
  - Lower west road over Barker Beach from Windy Gulch path to New Industries building
  - Model Industries building
  - Morgue
  - New Industries Building
  - North gun gallery
  - Northeast perimeter path
  - Officers club
  - Plaza northeast of Model Industries building
  - Power plant
  - Quartermaster building
  - Top tiers of cellhouse
  - Warden's house
  - Western and northwestern cliffs
  - Windy Gulch path

- ALCATRAZ ISLAND will be closed to the public from **February 1 through August 15**, or the end of the breeding season as determined by the park's wildlife specialist in the following areas: **(Exhibit # 6)**

  - Dock colony buffer area (Dock Amphitheater)
  - Parade Ground
  - Agave Trail and steps

*These areas are closed to protect breeding birds. Certain bird species nesting on Alcatraz have demonstrated extreme sensitivity to human presence during the breeding season. These closures minimize the disturbance to their nesting activity.*

- CRISSY FIELD
  - Tidal Marsh (Exhibit #7)

- FORT BAKER
  - Battery Cavallo

- FORT FUNSTON
  - Habitat protection area *(Exhibit # 8)*
  - Battery Davis Hillside Erosion Control Area (Exhibit #8)

- FORT POINT HISTORIC SITE
  - Beach area
  - Seawall (outside chain fence)
  - Golden Gate bridge anchorage and pylons

- PRESIDIO OF SAN FRANCISCO (Area A):
  - Lobos Creek riparian corridor
  - Battery Dynamite
  - Battery Howe-Wagner
  - Battery Blaney
  - Battery McKinnon Stotsenberg
  - Coast Guard Pier and Seawall
  - Crissy Field wildlife protection area
  - Crissy Field tidal marsh
  - MacArthur Tunnel Air Vent and Portals
  - Point Lobos Archeological District, Sutro District

*These areas are designated as closures due to public safety concerns associated with limited visibility, steep coastal cliffs and the marine environment during hours of darkness with no scheduled attendant protection services. These are natural and cultural resources that are highly sensitive to damage. In addition, these areas provide vital protection of habitat for a nesting colony of threatened bank swallows, snowy plover and other birds and sealife. The vegetated areas contain significant native plant communities that are subject to human-induced impacts to the coastal bluffs and dunes, a significant geological feature.*

- **BOATING, or the use of any vessel (as defined by 1.4 of the general regulations) is prohibited in the following areas:**

  - Alcatraz Island except NPS contracted ferry service.
  - Crissy Field wildlife protection area which encompasses: from the west, starting at Fort Point Mine Depot (a.k.a. Torpedo Wharf) eastward to concrete riprap, which lies approximately 700 feet east of former Coast Guard Station, and extending from the southern border of the Promenade north, including all tidelands, to 100 yards off shore. **(Exhibit #7)**
  - Crissy Field Tidal Marsh consisting of an open water lagoon, sand flats, mud flats and vegetated marsh plain is located in the central portion of Crissy Field. The tidal marsh is defined as: starting at the eastern edge, from the channel inlet promenade footbridge extending along the shoreline; along the northern edge of the wetland; west to the perimeter of the restored airfield; and to the south along the vegetation buffer and barrier fencing parallel and adjacent to Mason Street. Public use is permitted on designated trails, including boardwalks and footbridges. **(Exhibit #7)**
  - Lobos Creek
  - Mountain Lake
  - Rodeo Lagoon
  - Rodeo Lake
  - Tennessee Valley Backdoor Pond

- Tennessee Valley Haypress Pond
- Tennessee Beach pond

*This restriction is for the purpose of protection of irreplaceable natural resources. These areas provide vital habitat for waterbirds, shorebirds and marine life. These restrictions are necessary to protect water quality in the wetlands. In addition, there is a need to maintain clearance and reduce hazards to navigation for ferries transporting visitors to Alcatraz Island and minimize disturbance to nesting wildlife. Constant boat traffic, loud noise and the use of public address systems from tour vessels and night lighting may cause seabirds to abandon nests. The prohibition on boating will provide important areas of reduced disturbance for wildlife.*

**NOTE:** *Special regulations pertaining to boat lands on Alcatraz Island are found in 36 CFR Section 7.97 and were published in the Federal Register on December 11, 1992.*

- **FISHING (as defined by 1.4 of the general regulations) is prohibited at all times in the following areas:**
  - Alcatraz Island shoreline
  - Big Lagoon (Muir Beach)
  - Crissy Field Coast Guard Pier
  - Crissy Field Tidal Marsh
  - Crissy Field wildlife protection area
  - Elk Creek
  - Lobos Creek
  - Muir Woods National Monument
  - Redwood Creek (Muir Beach and tidewaters)
  - Rodeo Lagoon
  - Rodeo Lake
  - Tennessee Valley Backdoor Pond
  - Tennessee Valley Haypress Pond
  - Tennessee Beach pond

*The Endangered Species Act and the Organic Act require special protection for the threatened and endangered species and the anadromous fish found in these areas. The above restrictions afford that protection. Alcatraz Island and the Coast Guard pier are closed to fishing due to public safety concerns associated with steep drop-offs and the marine environment during hours of darkness. Alcatraz Island is also closed to fishing due to the congestion caused by heavy visitation. Lobos Creek is closed to protect the public drinking water supply. The prohibition on fishing will provide important areas of reduced disturbance for wildlife.*

- **ORGANIZED SPORTS**

  Definition: "Organized games and sports" are defined as recreation that require the erection of associated equipment, use of uniforms, and/or exclusive use of more than one-third of the designated area. Small impromptu pickup games that do not adversely impact the designated natural and cultural resources within designated areas will be allowed, e.g. frisbee, hacky sack or similar low impact games.

  - **Organized sports are prohibited in the following areas:**
    - Crissy Field Airfield
    - Fort Mason Great Meadow
    - Fort Mason Parade Ground
    - Fort Baker Parade Ground (in effect upon transfer from U.S. Army)

5

*This closure is necessary to protect natural resources including the tidal marsh and wildlife therein and protect the newly restored turf from the overall impact, including length of stay and level of intrusion, associated with these uses. The park receives millions of visitors per year. These restrictions are intended to reduce any possible conflict between users.*

### PUBLIC USE LIMITS

- TRAVEL OFF ESTABLISHED TRAILS is prohibited in the following areas:
  - All areas fenced and/or posted as closed
  - Battery Davis (hillside north slope of battery along the Sunset trail leading down to the beach at Fort Funston)
  - Battery Duncan, Fort Baker
  - Battery East earthworks
  - Coastal Trail (between Conzelman road and Rifle range)
  - Coastal Trail (Fort Point, between Marine Drive and Lincoln Drive)
  - Coastal Trail (Golden Gate Bridge to Baker Beach)
  - Coastal Trail (serpentine soil and rock garden area adjacent to World War II monument)
  - Crissy Field dune systems
  - Crissy Field boardwalks
  - Dead Man's Point & Slide Area
  - Eagles Point
  - Fort Funston Habitat and Bank Swallow protection area
  - Hill 129 trails
  - Milagra Ridge, west of Nike Missile silos
  - Muir Woods National Monument
  - Painted Rock
  - SCA Trail (Marin Headlands)
  - Sweeny Ridge, west side of South Meadow
  - Wolfback Ridge, between Alexander Avenue and Hwy. 101

- Please refer to §2.1(b) of this compendium for specific restrictions on shortcutting.

*This restriction is for the purpose of visitor safety associated with uneven surfaces, loose rock formations, and steep drop-offs areas identified as the sites of multiple fatalities over the years. Other areas require protection of irreplaceable cultural resources or threatened and endangered species habitat. In addition, these areas provide vital habitat for birds and sealife and the vegetated areas contain native and historical vegetation that is sensitive to trampling due to shortcutting and erosion paths.*

**(a)(2) The following areas have been designated for a specific use or activity, under the conditions and/or restrictions as noted:**

☐ **ALCOHOLIC BEVERAGES AND CONTROLLED SUBSTANCES:**
  - Please refer to §2.35(3)(i) of this compendium for specific use and possession of alcoholic beverage designations.

☐ **ASSEMBLIES, MEETINGS**:
  - Please refer to §2.51(e) of this compendium for specific designations.

☐ **BICYCLES**:
  - Please refer to §4.30 of this compendium and Title 36 CFR Part 7 for specific bicycle route designations.

☐ **CAMPING**:
- Please refer to §2.10 of this compendium for specific camping area designations.

☐ **DESIGNATED PUBLIC FISHING PIERS** in accordance with California Fish and Game Commission, Ocean Sport Fishing Regulations, § 1.88 are the following:
- Fort Baker Pier
- Fort Point Pier
- Muni Pier

*The California Fish & Game Code of Regulations require that by definition designated fishing piers are to be open to the public. The piers located at lower Fort Mason and Torpedo Wharf are not included due to closing for safety concerns and public use limits. Fishing licenses are not required on public fishing piers per CA F&G §7153.(a).*

☐ **FIRES**:
- Please refer to §2.13(a)(1) of this compendium for specific campfire, grill/stove and beach fires designations.

☐ **GLASS BOTTLES/CONTAINERS** are prohibited in the following areas:
- All beach areas
- Crissy Field, north of promenade.
- Ocean Beach seawall from its intersection with Lincoln Way north to the Cliff House
- All areas within 15 feet of beaches
- Historic coastal defense structures

*The purpose of this regulation is to reduce the amount of injurious trash in the park and to prevent injury to park visitors.*

☐ **HORSES AND PACK ANIMNALS**:
- Please refer to §2.16 of this compendium for specific designations.

☐ **MEMORALIZATION**:
- Please refer to §2.62 of this compendium for specific designations.

☐ **MODEL AIRPLANES** flights and operations are only permitted in the following areas:
- Fort Funston (when hang gliders or paragliders are not in the air)
- Shoreline Highway north of Muir Beach Overlook

*Model airplanes are a hazard to the safety of people piloting hang gliders and paragliders in the Fort Funston area. Mission Blue habitat is threatened by off trail use surrounding the old Coast Guard building site on Sweeny Ridge and Battery Rathbone-MacEndoe in the Marin Headlands.*

☐ **OVERNIGHT MOORING** is permitted:
- Presidio Yacht Club in Horseshoe Cove at Fort Baker.

*This is a congested area with a great deal of boat traffic and emergency response from U.S. Coast Guard Station Golden Gate prohibits the mooring of vessels in areas of Horseshoe Cove other than at the Presidio Yacht Club would create a hazard to navigation.*

☐ **PETS**:
- Please refer to §2.15 of this compendium for specific pet use and closure designations. *(Exhibit #11)*

☐ **PICNICKING**:

- Please refer to §2.11 of this compendium for the specific site designations and restrictions.

☐ **POWERLESS FLIGHTS**:
- Please refer to §PART 7 of this compendium and Title 36 CFR for specific designations. *(Exhibit #10)*

☐ **SKATING, SKATEBOARDS AND SIMILAR DEVICES**:
- Please refer to §2.20 of this compendium for specific designations.

☐ **SMOKING**:
- Please refer to §2.21 of this compendium for specific designations.

☐ **SWIMMING BEACH**:
- Please refer to §3.21 of this compendium for the specific swimming area designation.

☐ **SURFING**, at Stinson Beach, when swimmers are present, will be allowed only in areas designated as "Non Swimming Areas" and only at such times as are deemed safe by the Supervisory Ranger or by his/her representative. Non-Swimming Areas will be designated through the use of movable, brightly colored buoys and/or the posting of flags; the posting of prominent signs on the lifeguard towers and individual contacts with users as necessary.

☐ **VEHICLES REQUIRING PERMITS**

Small Buses, Motor Coaches and Motor Homes that have Frequent Use of those areas administered by GGNRA are subject to a permit issued by the NPS (see definitions below). Taxis and limousines 35 feet and smaller; school busses supporting educational programs in NPS areas; delivery, vendor or contractor vehicles and MUNI providing public transportation may use all public roads within the park without a permit issued by the NPS.

In addition to the terms set forth in the Compendium, the following additional terms shall have the meanings applicable as appropriate, to both the singular and plural forms of the terms herein defined:

Small Busses: Vehicles, including motor homes, that are 20 to 35 feet in length;

Motor Coaches: Vehicles, including motor homes and double deckers, which are 36 to 45 feet in length;

Frequent Use: Any vehicle defined above that visits areas administered by GGNRA at least 3 times in any week or 7 times in a month.

Special Use Permit: A permit issued by the Superintendent for a specific short-term event or activity.

Pullouts: means those portions of the park designated by the NPS at which Frequent Use Vehicles may pull over and park for 15 minutes or less while passengers may disembark.

**SAN FRANCISCO, PRESIDIO A**

• The NPS hereby authorizes for Restricted Use Permit vehicles to the hours of operation between 8:00 am to sunset.

• Vehicles defined above are permitted to operate during prohibited hours when they are supporting activities sponsored by holders of Special Use Permits or authorized Park Partners.

• Restricted Access. The following roadways are available for the different lengths of buses as follows: *(Exhibit # 12)*

- • Motor Coaches are restricted to the following sites and routes:
  - • All roadways in the Marin County except portions of Conzelman Road and north of Murray Circle, Fort Baker.
  - • Battery Chamberlin
  - • Bowley Street (Baker Beach)
  - • Battery East
  - • Conzelman Road (east of McCullough)
  - • Conzelman Road (except lower portion to Golden Gate Bridge commuter lot  to north of  Sommerville Road, Fort Baker)
  - • Fort Point
  - • Golden Gate Bridge Plaza
  - • Long Avenue
  - • Mason Street, except West Bluff parking at Crissy Field
  - • Merchant Road

- • Small Buses are restricted to the use of routes authorized for Motor Coaches and the following additional routes:
  - • Battery Chamberlin road
  - • East Beach, Crissy Field, no vehicles over 27'.
  - • Langdon Court (Fort Scott)
  - • West Bluff, Crissy Field, no vehicles over 27'

### MUIR WOODS NATIONAL MONUMENT

The Restricted Use Permit vehicles are subject to restricted access at Muir Woods NM as follows: *(Exhibit #12)*

- • Motor Coaches are prohibited from entering Muir Woods;

- • Small Buses over 17 feet in length are prohibited from entering either the upper main lot adjacent to the Visitor Center or the annex parking lot (lower lot); and

- • Small Busses or Commercial Vehicles that are 17 feet or less in length are prohibited from parking in designated bus parking zones before 11:00 a.m.

*The purpose of the designating which roadways are available for different lengths of buses is for the traffic safety and protection of roads and surfaces on roads or parking areas not designed to carry larger size vehicles.*

**The following restrictions and/or conditions are in effect for the specific uses or activities noted:**

- • Passenger carrying busses are subject to the following conditions/restrictions on all park roads within Golden Gate National Recreation Area:
  - • Busses must shut down their engines when not underway.

- The local Presidio and City of Sausalito shuttle bus vehicles are exempt when in-service.

*The idling of bus engines adds unnecessary exhaust fumes to the air and diminishes the enjoyment by visitors of the peace and tranquility of the park. Due to the nature of the service provided by the shuttle busses, they are excluded from the requirement.*

## 36 CFR §1.6 - PERMITS

Pursuant to the provisions of 36 CFR 1.6 (f), the following is a compilation of those activities for which a National Park Service permit is required. Permits are issued by the General Superintendent or his/her designee, and are subject to the requirements of the general regulations, and as specified in each permit. Engaging in one of these activities without a permit, or violating a term or condition of a permit is prohibited.

|  | CFR Section |
|---|---|
| Restricted Use Permit (Tour Bus) | 1.5(a)(d) |
| Beach Fires | 1.5(a)(d) |
| Picnic Groups over 50 persons | 1.5(a)(d) |
| Woodcutting | 2.1 |
| Camping in designated sites | 2.10 |
| Operating power saws, portable engines | 2.12(a)(2) |
| Operating a public address system | 2.12(a)(3) |
| Alcoholic beverage sales | 2.35(a) |
| Using or possessing explosives or fireworks | 2.38(a)&(b) |
| Conducting research or collecting specimens | 2.5 |
| Entry into a closed area | 2.5 |
| Conducting a special event | 2.50(a) |
| Public assemblies, meetings | 2.51(a) |
| Selling or distributing printed matter | 2.52(a) |
| Residing on Federal lands | 2.61(a) |
| Memorialization -- (Scattering ashes) | 2.62(b) |
| Vessels | 3.3 |
| Commercial and private operations: | |
| Advertisements | 5.1 |
| Business operations | 5.3 |
| Commercial photography (motion or still) Except small operations with less than three People, without the use of models, props or products | 5.5 |
| Commercial vehicles (Any vehicle used for the Transportation of moveable property for a fee or profit, or in connection with any business) | 5.6 |
| Construction of a building, utility, etc. | 5.7 |

## 36 CFR §2.1 PRESERVATIN OF NATURAL, CULTURAL AND ARCHEOLOGICAL REOURCES

- **(a)(4) Collection of dead wood on the ground is prohibited.**

*Shorebirds use debris on beaches for camouflage, and protection from wind and predators.*

- **(a)(2) Feeding of all feral animals is prohibited.**

*Restrictions are for the protection of significant natural and cultural resources. In addition, the Endangered Species Act and the Organic Act require special protection for the threatened and endangered species found in the park. Feral animals have an adverse impact on wildlife and conflict with National Park Service resource preservation.*

- **2.1(b) leaving a designated trail to shortcut between portions of the same trail or different trails is prohibited on the following designated trails and other areas posted with requirement to stay on trail:**
  - Alcatraz Island, Agave Trail
  - Muir Woods main trail
  - Sweeny Ridge trail, Skyline preserve (Notch trail)

  *This restriction is necessary to prevent erosion; establishment of "social trails" and for public safety concerns related to uneven walking surfaces. These developed trails are identified specifically as the sole route through an area.*

- **(c )(2) Gathering mushrooms is prohibited, except in the areas identified in *(Exhibit #9)* where the collection of up to one pound of mushrooms per day for personal consumption. Gathering mushrooms for commercial use is prohibited.**

- **(c)(2)(i) , the following quantity of the natural products may be gathered**:

  Fruits and berries (such as plums, apples, figs and blackberries) may be gathered for personal consumption in quantities of less than 1 quart per person per day and no more than 5 total quarts per person per calendar year.

  *It has been determined that the gathering or consumption of these items will not adversely affect park wildlife, the reproduction potential of any plant species, or otherwise adversely affect park resources. If future monitoring indicates that such gathering or consumption is likely to cause adverse affects to park resources, then the authorization of this consumptive use will be terminated. Use of these items for any purpose other than personal consumption is specifically prohibited.*

<u>36 CFR  §2.2 WILDLIFE PROTECTION</u>

> **(e) Use of artificial light to view wildlife is prohibited on all lands administered by Golden Gate National Recreation Area.**

*The purpose of this regulation is to protect park wildlife from poaching activity and the effect of temporarily blinding the animal and potentially jeopardizing its safety.*

<u>36 CFR §2.5 – RESEARCH SPECIMENS</u>

> The collection of any plant, fish, animal, artifact and all other natural or cultural resources, rock or mineral is only authorized for scientific research purposes and requires a research and collection permit issued by the Superintendent.

> *The Superintendent has determined that the collection or use of such natural products should be limited, as collection of these resources may affect park wildlife, the reproduction of plant species or other park resources. However, the Superintendent may*

*issue a permit authorizing the collection of plants, fish (other than sport fishing), animal, rocks or minerals when the permit request is accompanied by a written research proposal and the Superintendent determines that the research project and the collecting will benefit science or will improve management and protection of park resources.*

### 36 CFR §2.10 CAMPING and FOOD STORAGE

Definitions:

**"Camping:"** Erecting a tent or shelter of natural or synthetic material, preparing a sleeping bag or other material for use, parking a motor vehicle, motor home or trailer, or mooring a vessel for the apparent purpose of overnight occupancy.

**"Overnight parking:"** Overnight parking is defined as a vehicle parking continuously between 12 midnight and 6:00 a.m.

**(a) The sites and areas listed below have been designated for camping activities as noted. A permit system has been established for certain campgrounds or camping activities, and conditions for camping and camping activities are in effect as noted:**

- Camping or overnight parking in any type of motor vehicle is generally prohibited upon lands administered by Golden Gate National Recreation Area except in campgrounds and designated sites by permit.

- Campground check out is 12:00 noon.

- Campground use fees, if applicable, shall be paid prior to arrival.

- Up to 15 people may visit the registered campers per campsite. Between the hours of 10:00 p.m. and 6:00 a.m., registered campers shall not exceed the designated capacity.

- Camping is allowed only in designated sites by permit and pursuant to established park regulations and the established conditions for each campground.

**NOTE:** Reservations for the following campgrounds will be handled through the Office of Special Park Uses (OSPU) subject to the following restrictions:

| Campground | Capacity | Length of Stay Per Season | Reservations Accepted |
|---|---|---|---|
| Kirby Cove | 1 person min<br>10 person max<br>3 cars | 3 nights<br>1 weekend | 90 days in advance max<br>7 days in advance min |
| Kirby Cove Day Use Picnic Area | 5 person min<br>25 person max<br>4 cars | 3 days | 90 days in advance max<br>7 days in advance min |
| Battery Alexander | 15 person min<br>80 person max | 3 nights<br>4 nights*<br><br>*(Mon-Th only) | 90 days in advance max<br>7 days in advance min |
| Battery Chamberlin | 10 person min<br>25 person max | 3 nights<br>4 nights*<br><br>*(Mon-Th only) | 90 days in advance max<br>7 days in advance min |
| East Fort Miley | Limit has not been established | Limit has not been established | East Fort Miley may be used for Park sponsored activities and will be used on a limited basis. If group requesting use is not Park sponsored, the request will be handled by the Special Park Uses Office as a special event and will be required to go through project review. |

**NOTE**: Reservations for the following hike-in campgrounds will be handled through the Marin Headlands Visitor Center subject to the following restrictions:

| Bicentennial | 2 person max | 3 nights | 90 days in advance max |
|---|---|---|---|
| Haypress | 4 person max | 3 nights | 90 days in advance max |
| Hawk Camp | 4 person max | 3 nights | 90 days in advance max |

In addition to the above limits, the following conditions also apply to all campgrounds:

- Minors must be supervised. A responsible leader, 21 years or older, must be present for every 10 children under 18 years of age.
- The minimum age of any camper is 18 years of age, unless accompanied by an adult or unless a legal guardian provides a letter of permission. This letter must state the name of minor that has permission to camp, dates allowed to camp, contact name and number of legal guardian.
- Dogs and other pets are prohibited, except trained Guide and Service Animals defined per the American Disabilities Act.
- Amplified music is prohibited.
- Vehicles are prohibited within the boundaries of walk-in or hike-in campgrounds.
- Drive-in access will be allowed at Kirby Cove for disabled visitors. This drive-in access is allowed for the ease of loading and unloading the disabled visitor only, not for loading and unloading gear.

13

*Camping is an intensive use of park resources. All camping regulations are in effect to protect the natural and cultural resources of the park, and the recreational enjoyment by other visitors. Limitations on the number of camping days, persons per site, vehicles per site, etc., seek to achieve this protection while still providing an equitable allocation of camping opportunities.*

**(d) Conditions for the storage of food are in effect, as noted, for the following areas:**

All food (including canned, bottled or otherwise packaged, equipment used to cook or store food, garbage and toiletries such as soap, toothpaste and cosmetics) should be stored in the food lockers provided.

When there is more food than can be stored in the locker, canned or bottled items that have never been opened may be stored in the trunk of the vehicle parked in the designated parking areas or if there is no trunk, as low in the vehicle as possible, provided that the cans and bottles are stored out of sight in odor-tight containers and all vehicle doors, windows and vents are closed.

- Bicentennial
- Kirby Cove
- Hawk Camp
- Haypress

*Several species of wildlife are opportunistic and have become aggressive at many of the park's campsites and picnic areas. People have been bitten and personal property has been damaged. Stringent food storage requirements are necessary to protect people from injury and exposure to disease and to protect the natural integrity of animal populations, including their behavior, distribution, abundance and food habits. Without stringent food storage requirements, animals can become aggressive and the eventual result is that they may have to be destroyed. This is an action that the National Park Service seeks to avoid.*

**36 CFR §2.11- PICNICKING**

Picnicking is allowed except in the following designated areas:
- All areas fenced and/or posted as closed
- Battery Davis
- Battery Duncan, Fort Baker
- Battery East earthworks
- Coastal Trail (Fort Point, between Marine Drive and Lincoln Drive)
- Coastal Trail (serpentine soil and rock garden area adjacent to World War II monument)
- Crissy Field dune systems
- Dead Man's Point & Slide Area
- Eagles Point
- Muir Woods National Monument
- Notch Trail
- Painted Rock
- Sutro Heights Park

**The following restrictions and/or conditions are in effect for the specific uses or activities noted:**

- Groups of 50 persons or more shall be considered private events and will require a special use permit authorized under 36 CFR §1.5(a)(d).

14

- Special Use Permits for picnics at West Bluff Picnic Area, Crissy Field the maximum group size will be limited to 75 persons.

- Special Use Permits for more than 75 persons at Crissy Field will be restricted to the amphitheater, surrounding grassy areas or the historic airfield.  The maximum number of persons will be determined after one year of monitoring.

- Special Use Permits for picnicking will be suspended, on weekends and holidays from March 15 – October 15 at the following picnic sites:
  - Baker Beach
  - China Beach
  - Muir Beach
  - Rodeo Beach
  - Stinson Beach
  - West Bluff Picnic Area, Crissy Field (excluding the amphitheater and surrounding grassy areas)

- Special Use Permits for picnicking will not be issued for Battery Wallace picnic area due to limited tables and parking.

### 36 CFR §2.13(a)(1) - FIRES

**(a)(1) The lighting or maintaining of fires is generally prohibited, except as provided for in the following designated areas or receptacles, and under the conditions noted**:

### CAMPFIRES

Designated Areas:

- Campfires are permitted only in established campgrounds or picnic areas, in fire enclosures, grills or in fire grates provided by the park.

Established Conditions for Campfires:

- All firewood must be brought into the park.  No gathering, cutting or scavenging of firewood or kindling is permitted in the park from any source.
- Chemically treated wood, painted wood, wood with nails or staples shall not be used in any fire.
- Fires will be completely extinguished with water, doused and stirred.

### GRILL/STOVE FIRES

Receptacles Allowed:

- Charcoal fires are permitted in fixed grills provided by the park or visitor provided portable barbecues in established picnic areas and campgrounds unless signed or permitted otherwise.

Established Conditions for Grill/Stove Fires:

- Coals must be extinguished and disposed of in receptacles provided by the park.

- Debris burning is not permitted.

- Only liquid fuel stoves are permitted in Haypress Campground, Hawk Campground and Bicentennial Campground.

**BEACH FIRES**

Designated Areas:
- **All beach fires require a permit authorized under 36 CFR §1.5(a)(d)**.
- Minors must be supervised. A responsible leader, 21 years or older, must be present for every 10 children under 18 years of age.
- Fires will be completely extinguished with water, doused and stirred. Fires should not be covered with sand as it will only insulate the heat and create an unseen danger for visitors and wildlife.
- In fire rings provided at Muir Beach, maximum 3.
- Ocean Beach from Fulton Street south to Sloat Boulevard.

Established Conditions for Beach Fires:

- Beach fires may be no larger than three (3) feet in diameter.
- Fire on Ocean Beach may not be kindled within six (6) feet of exposed seawall.
- Ceramic pit fire shall not be any larger than four (4) feet by ten (10) by four (4) feet.
- Chemically treated wood, painted wood, wood with nails or staples shall not be used in any fire.
- Debris burning is not permitted.
- All firewood must be brought into the park.  No gathering, cutting or scavenging of firewood or kindling is permitted in the park from any source.

**(c) High fire danger closures will be in effect as noted:**

- During very hot, dry weather conditions, strong winds, and extreme fire danger days or by order of the Superintendent, fires of any type may not be allowed anywhere in the park.  All beach fire permits will become null and void.  Visitors may call the park communication center to check on current conditions.

  *Past events have demonstrated that the park experiences periods of high fire danger, which require aggressive fire management.  The purpose of these restrictions is to reduce the possibility of an uncontrolled wildfire and are in effect to protect the natural and cultural resources of the park, and the recreational enjoyment by other visitors.*

**36 CFR  §2.15 PETS**

- **(a)(1) The following structures and/or areas are closed to the possession of pets**:
  *(Exhibit #11)*
  - All areas fenced or/or posted as closed
  - Alcatraz Island
  - China Beach
  - Crissy Field Tidal Marsh
  - Crissy Field Wildlife Protection Area (Exhibit #7)
  - Fort Baker Pier
  - Fort Funston Habitat Protection Area (Exhibit #8)
  - Fort Point (inside historic fort)
  - Fort Point pier (Torpedo Wharf)
  - Kirby Cove

16

- Muir Woods National Monument
- Muir Beach lagoon
- Redwood Creek
- Rodeo Beach lagoon
- Rodeo Lake
- Stinson Beach (Leashed dogs permitted in parking lots and picnic areas.  Pets not permitted on beach)
- Tennessee Valley
- Trails not designated for pets.

- **(a)(5) Pet excrement must be disposed of  in accordance with the following condition:**
  - In all areas of the park pet excrement shall be removed from the park or deposited in a refuse container by the person(s) controlling the pet(s).

*This restriction is for the purpose of protection of irreplaceable natural resources.  The wildlife protection areas provide vital habitat for marine life, shorebirds and large concentrations of waterbirds. Consistent with public health and safety, the protection of natural and cultural resources, and avoidance of conflict among visitor use activities, pets must be restricted.  Pets are not considered compatible with the broad park goal of minimal resource impact or inherently suitable for adapting quickly to a strange environment often involving close association with strange persons or animals.  It is recognized that many park visitors have pets and they are permitted where they do not jeopardize basic park values. This restriction on pets will provide important areas of reduced disturbance for resting and feeding water and shorebirds and other marine wildlife.*

- Park residents in compliance with the park's pet policy, which is adopted by reference, may keep pets.

## 36 CFR §2.16 – HORSES AND PACK ANIMALS

- Pursuant to 2.16(g) horses and pack animals, for other than park management or under special use permit, are prohibited on:
  - Baker Beach
  - Crissy Field
  - Marshalls Beach
  - Fort Point
  - Muir Woods National Monument, except Deer Park fire road
  - Stinson Beach
  - Any trail or area not designated for horses

*The park receives millions of visitors per year.  These restrictions are intended to reduce any possible conflict between users.*

## 36 CFR §2.20 SKATING, SKATEBOARDS, AND SIMILAR DEVICES

- Within the **San Francisco portion of the Golden Gate National Recreation Area**, roller skates, skateboards or similar non-motorized devices are permitted on hard surfaces wherever pedestrian traffic is allowed with the exception of:
  - Alcatraz Island
  - Fort Point National Historic Site (inside Fort)
  - On any historic military coastal defense structure or building
  - Stairs, walkways, benches, sea walls, seat walls, railings, ramps or curbs.

17

- In the **Marin County portion of the Golden Gate National Recreation Area**, this activity is prohibited everywhere except within the Stinson Beach portion where it is permitted only on hard surfaces.

*The park receives millions of visitors per year. These restrictions are intended to reduce any possible conflict between users, protect cultural resources, and for public safety concerns.*

## 36 CFR §2.21 SMOKING

- All smoking within the Concession facilities providing food service will comply with all local and State ordinances and regulations.

- Pursuant to 2.21(a) smoking is prohibited on or at:
    - Alcatraz Island, except in the dock area
    - Muir Woods National Monument, on the paved hiking trails traversing the main redwood groves located north of the entrance arch.
    - Within the historic fort at Fort Point National Historic Site.
    - All government buildings/facilities/vehicles (excluding residences and designated smoking areas).
    - All park partner/tenant facilities.

*The park receives millions of visitors per year.  These restrictions are intended to reduce any possible conflict between users and the effects of second hand smoke.*

## 36 CFR §2.22 – PROPERTY

- **(b)(2) Geo-caching is not permitted for any period of time.**

*Unattended property is inconsistent with the orderly management of park areas and may present a threat to park resources.*

## 36 CFR §2.23 RECREATION FEES

**(b) Recreation fees, in accordance with 36 CFR part 71, are established for the following entrance fee areas, and/or for the use of the following specialized sites, facilities, equipment or services, or for participation in the following group activity, recreation events or specialized recreation uses:**

- **Entrance Fee Areas**:

    Muir Woods National Monument
    - Individuals 17 years of age and older: $3.00 per day.
    - Local Passport is good for 12 months and admits pass holder and all accompanying passengers in a private vehicle for an annual fee of $15.00.

    Alcatraz Island
    - Tickets must be purchased through contract ferry service.

- **Group Activity, Recreation Event or other Specialized Recreation Use Fees**:

    Activities that require a special use permit:
    - Commercial Filming

18

- Festivals, Concerts, & Athletic Events
- Picnics
- Weddings
- Beach Fires
- Use of conference centers & reception facilities
- First Amendment Activities
  - Political speeches
  - Religious speeches
  - Public demonstrations
  - Distribution and/or sale of printed matter
  - Collecting signatures for petitions

## 36 CFR §2.35 ALCOHOLIC BEVERAGES AND CONTROLLED SUBSTANCES

- (a)(3)(I) The possession and/or consumption of alcoholic beverages within Golden Gate National Recreation Area is prohibited at the following locations:

  - Alcatraz Island
  - Fort Point National Historic Site (inside the Fort)
  - Merrie Way parking and sidewalks
  - Muir Woods National Monument
  - Navy Memorial parking
  - Ocean Beach, including walkway and seawall.
  - Sutro Baths

*Special prohibitions at Ocean Beach, Sutro Baths, Merrie Way, Navy Memorial, Battery Alexander and Battery Chamberlin are required due to the history of aberrant behavior directly attributed to the use of alcohol which has led to assaults, unruly crowds, disorderly conduct, and vandalism to both public and private property. Prohibition at Fort Point NHS, Muir Woods NM and Alcatraz Island is intended to reduce conflict between users and enhance visitor safety.*

## 36 CFR §2.50 and §5.5 – SPECIAL EVENTS AND FILMING

Pursuant to (a)(6):
- Wedding ceremonies and receptions are suspended at beach areas, Muir Woods National Monument and established individual picnic areas on weekends and holidays from March 15 - October 15.

Pursuant to (d):
- Special Events requesting the use of Crissy Field promenade as a primary route will be permitted on a case by case basis.
- Bicycle races are prohibited in backcountry areas in Marin County.
- Affixing signs related to the permitted events or activities to existing buildings, regulatory or directional signs, poles or plants is prohibited.
- Use of helium balloons is prohibited.
- Marking of government land or property with white or colored chalk, flour, ink, or paint is prohibited.

19

36 CFR §2.51 ASSEMBLIES, MEETINGS

(e)  Designation of available areas is listed in Exhibit 1 of this compendium.

36 CFR 2.52 - SALE OR DISTRIBUTION OF PRINTED MATTER

(e) Designation of available areas is listed in Exhibit 1 of this compendium.

36 CFR §2.62 MEMORIALIZATION

- Pursuant to §2.62 (a), installation of a monument, memorial, tablet, structure or other commemorative installation in the park is prohibited.

- Pursuant to §2.62 (b) The scattering of human ashes from cremation is permitted in most locations in the park in accordance with applicable State laws and the terms and conditions of a permit as follows:

  - Remains to be scattered must have been cremated and pulverized.

  - Scattering by persons on the ground is to be performed at least 100 yards from any trail, road, developed facility or body of water.

  - Scattering from the air will not be performed over developed areas, facilities or bodies of water and will be performed at a minimum altitude of 2000 feet above ground.

36 CFR §3.21 SWIMMING AND BATHING

(a)(1) The following areas are closed to all swimming and bathing:

- All waters within Muir Woods National Monument
- Crissy Field Tidal Marsh (excluding inlet channel to the north side of the foot bridge)
- Lobos Creek
- Rodeo Lagoon
- Rodeo Lake
- Tennessee Beach Lagoon
- Tennessee Valley Backdoor Pond
- Tennessee Valley Haypress Pond

*The Endangered Species Act and the Organic Act require special protection from the threatened and endangered species and the anadromous fish found in these areas.  In addition, this use is not compatible with the protection of wildlife found in and on these waters, or the protection of drinking water quality.  This is designed to minimize shoreline erosion at the designated sites.*

(b)  **Stinson Beach** is a designated swimming beach and the following are prohibited:

  - Floatation devices (inner tubes, air mattresses, boats, rafts, etc.)
  - Glass containers
  - During periods of high visitation and limited open space, incompatible sporting activities such as ball games, kite flying, foot racing, Frisbee will be prohibited. When allowed during periods of lesser visitation, such activities may be restricted to a designated area.

*The park receives millions of visitors per year.  These restrictions are intended to reduce conflict between users, the amount of injurious debris, and to protect the safety of the visiting public.*

**36 CFR §4.30 BICYCLES**

The use of bicycles on lands administered by Golden Gate National Recreation Area is prohibited, except park roads, parking lots and areas designated by the Superintendent.
(a)     Designated bicycle routes include:

- Golden Gate Promenade runs along the northern coast of Crissy Field connecting Fort Point to San Francisco's Marina District.
- Crissy Field bike path along Mason Street

**NOTE:** Special regulations pertaining to bicycle trails on Golden Gate National Recreation Area lands only in Marin County are found in 36 CFR Section 7.97 and were published in the Federal Register on December 11, 1992 (57 FR 58711).

**PART 7 – SPECIAL REGULATIONS**

- **(b)  POWERLESS FLIGHT**: Hang gliding is permitted only within designated portions of **Fort Funston**.  Paragliding is only allowed on the **Olympic Club easement** and ocean cliffs south.  Locations and conditions for use of these areas is specified in Exhibits # 6&7 of this compendium.

- **MARIN TRAIL USE DESIGNATION (c)(1) BICYCLE USE:**
  - The following routes are designated as open to bicycles:
    - Baker-Barry Tunnel
    - Bunker road extension ( adjacent to the Roads & Trails Maintenance yard to Battery Townsley)

  - The following routes are designated as closed to bicycles:
    - Diaz Ridge Trail
    - Middle Green Gulch Trail
    - Pirates' Cove section of the Coastal Trail

## COMPENDIUM ATTACHMENTS

Designations of Park Areas Available for First Amendment Activities........Exhibit #1

First Amendment Area Map, Fort Point………………………………………...Exhibit #2

First Amendment Area Map, Crissy Field, West Bluff Picnic Area…………Exhibit #3

First Amendment Area Map, Crissy Field, East Beach Parking……..………Exhibit #4

First Amendment Area Map, Crissy Field, Airfield…………...……………….Exhibit #5

Alcatraz Bird Nesting Colonies Closure Map…………………………..………Exhibit #6

Crissy Field Wildlife Protection Area and Tidal Marsh…………………..……Exhibit #7

Fort Funston Habitat and Bank Swallow Protection Map………………..……Exhibit #8

Fort Funston Battery Davis Hillside Erosion Control Area………..………....Exhibit #8

Mushroom Collecting Areas………………………………..………….…....Exhibit #9

Paragliding Regulations…………………………………………...……..…..Exhibit#10

Dogwalking Map……...…………………………………….….…..….……....…..Exhibit#11

Restricted Use Permit Vehicle Routes………………………..……..;;;.……...Exhibit #12