1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant QUITMEYER

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )    No. CR 07-0296 MAG
                                      )
10              Plaintiff,            )    **DEFENDANT'S REPLY IN**
                                      )    **IN SUPPORT OF**
11  v.                                )    **MOTION TO SUPPRESS**
                                      )
12  CAROL QUITMEYER,                  )
                                      )    Date: September 27, 2007
13              Defendant.            )    Time: 11:00 a.m.
   _____)    Honorable Nandor J. Vadas

14

15

16

17       This Court has previously ordered that an evidentiary take place on September 27, 2007, at

18  11:00 a.m.  The Court should hold the evidentiary hearing, due to the fact that the parties disagree on

19  facts relevant to this Court's legal determinations.  In particular, the parties disagree whether or not

20  Ms. Quitmeyer was making a series of three point turns in control of the vehicle, or was stuck in a

21  ditch unable to free the vehicle.  The parties also disagree on the facts surrounding the stop and the

22  positioning of Ms. Quitmeyer's car at the time the officer commanded her to stop moving the

23  vehicle.  The parties further disagree about the description of the stop location provided by the

24  officer as a protected area closed to public entry. Under such circumstances, an evidentiary hearing is

25  necessary.   The law of the case, including this Court's determination as to the lawfulness of the stop,

26  whether a seizure occurred, and reasonable suspicion depends on the facts determined by the Court at

the hearing.

For the foregoing reasons, defendant Carol Quitmeyer respectfully requests the Court to maintain the evidentiary hearing schedule in this matter.  Counsel for Ms. Quitmeyer anticipates that the hearing would take no longer than an hour and a half to complete.  Ms. Quitmeyer additionally requests an opportunity for post-hearing briefing, in order to write a more thorough Reply Brief that addresses specific facts raised and/or proved at the hearing.

Dated:  September 20, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

ELIZABETH M. FALK
Assistant Federal Public Defender