BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant QUITMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL QUITMEYER,<br><br>Defendant. | No. CR 07-296 MAG<br><br>STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING<br><br>Date:       October 4, 2007<br>Time:      2:15 p.m.<br>Court:     The Honorable Nandor J. Vadas |

STIPULATION

The parties hereby agree and request this Court to continue the evidentiary hearing in the above-captioned matter from October 4, 2007 at 2:15 p.m. until October 18 or October 19, 2007, at any time convenient to the Court.  The continuance is requested by defense counsel for two reasons.  First, the defense investigator assigned to this matter is planning to be out of town for the remainder of the week on a different case, and defense counsel will not be able to call her investigator to testify. Second, defense counsel is having trouble locating one witness for the hearing. week.

For these reasons, defense counsel requests a continuance of the evidentiary hearing date to October 18 or October 19, 2007.  Each counsel is open to changing the hearing to any time during those days, with following exception:

1    On October 18, 2007 government counsel is not available at 9:30 a.m. Neither party is available

2 at 2:30 p.m., as each has an appearance scheduled before the Honorable Jeffrey S. White.

3    On October 19, 2007 government counsel is not available at 9:30 a.m., 10:30 a.m., and 11:00

4 a.m.. Both counsel are free all afternoon on October 19, 2007.

5    The parties still anticipate that the hearing will take no longer than 1.5 hours.

6

7 It is so stipulated.

8

9 DATED: 10/01/07                    _____/s/_____
                                    ELIZABETH M. FALK
10                                   Assistant Federal Public Defender

11

DATED:10/01/07                      _____/s/_____
12                                  WENDY THOMAS
                                    Assistant United States Attorney
13

I hereby attest that I have on file all holograph signatures for any signatures indicated by a
14
"conformed" signature (/S/) within this e-filed document.
15

16

17                        **[PROPOSED] ORDER**

    For good cause shown, the evidentiary hearing in the aforementioned matter is hereby
18
CONTINUED to October _____ at _____. The October 4, 2007 hearing at 2:15 p.m.
19
is hereby vacated.
20

21

DATED:                              _____
22                                  THE HONORABLE NANDOR J. VADAS
                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26
    STIP & ORDER CONTINUING
    EVIDENTIARY HEARING
    *United States v. Quitmeyer*
    CR 07-296 MAG              - 2 -