1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant QUITMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-296 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING EVIDENTIARY |
| | ) | HEARING |
| CAROL QUITMEYER, | ) | |
| | ) | Date:    October 4, 2007 |
| Defendant. | ) | Time:    2:15 p.m. |
| | ) | Court:  The Honorable Nandor J. Vadas |
| | ) | |

## STIPULATION

The parties hereby agree and request this Court to continue the evidentiary hearing in the above-captioned matter from October 4, 2007 at 2:15 p.m. until October 18 or October 19, 2007, at any time convenient to the Court. The continuance is requested by defense counsel for two reasons. First, the defense investigator assigned to this matter is planning to be out of town for the remainder of the week on a different case, and defense counsel will not be able to call her investigator to testify. Second, defense counsel is having trouble locating one witness for the hearing. week.

For these reasons, defense counsel requests a continuance of the evidentiary hearing date to October 18 or October 19, 2007. Each counsel is open to changing the hearing to any time during those days, with following exception:

On October 18, 2007 government counsel is not available at 9:30 a.m.  Neither party is available at 2:30 p.m., as each has an appearance scheduled before the Honorable Jeffrey S. White.

On October 19, 2007 government counsel is not available at 9:30 a.m., 10:30 a.m., and 11:00 a.m..  Both counsel are free all afternoon on October 19, 2007.

The parties still anticipate that the hearing will take no longer than 1.5 hours.

It is so stipulated.

DATED: 10/01/07  
_____/s/_____  
ELIZABETH M. FALK  
Assistant Federal Public Defender

DATED: 10/01/07  
_____/s/_____  
WENDY THOMAS  
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### [PROPOSED] ORDER

For good cause shown, the evidentiary hearing in the aforementioned matter is hereby CONTINUED to October \_\_19\_\_ at \_\_2:00 p.m.\_\_.  The October 4, 2007 hearing at 2:15 p.m. is hereby vacated.

DATED: 10/1/07  
_____  
THE HONORABLE NANDOR J. VADAS  
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING  
EVIDENTIARY HEARING  
*United States v. Quitmeyer*  
CR 07-296 MAG                                    - 2 -