| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 57 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Betty Fong | REPORTER/FTR 2:06-3:03 p.m. | |
| MAGISTRATE JUDGE Nandor J. Vadas | DATE October 19, 2007 | NEW CASE ☐ | CASE NUMBER CR07-0296 MAG |

## APPEARANCES

| DEFENDANT Carol Quitmeyer | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Laura Terlouw, LC/Wendy Thomas | INTERPRETER Reporter: Margo Gurule | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☒ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

FILED
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Defendant's motion to suppress heard. Gov't witness Mike Hardin and Defendant Carol Quitmeyer testified. Gov't Exhibit 1 admitted. Defendant's Exhibits A, B1, C1 and 2, D1 and 2, and J admitted. Defendant to submit brief by 11/2. Government's response due 11/9. Court will take matter under submission and issue order.    cc: AUSA/AFPD/PTS

DOCUMENT NUMBER:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR07-0296 MAG          Case Name: USA v. Carol Quitmeyer

## EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Nandor Vadas | Laura Terlouw, LC<br>AUSA Wendy Thomas | Elizabeth Falk |

| MOTION DATE: 10/19/07 | REPORTER(S):<br>Margo Gurule | CLERK:<br>Betty Fong |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10/19/07 | | | | |
| | | 2:06p | | | Evidentiary hearing on Defendant's motion to suppress began. Plaintiff called witness Ranger Mike Hardin, sworn | P |
| 1 | | | x | x | Plaintiff's Exhibit 1; P moved to admit Exhibit 1, admitted | |
| | | 2:18p | | | Def. cross-exam Hardin | |
| | | 2:30p | | | Plaintiff re-direct | |
| | | 2:31p | | | Court examined Hardin | |
| | | 2:35p | | | Def. re-cross | |
| | | 2:36p | | | Mike Hardin executed | |
| | | 2:37p | | | Defense called defendant Carol Quitmeyer; sworn. Defendant exam Quitmeyer | |
| | A | | x | x | Exhibit A (A-1 to A-5); moved to admit; admitted | |
| | D | | x | x | Exhibit D-1 and D -2; moved to admit; admitted | |
| | C | | x | x | Exhibit C-1 and C-2; moved to admit; admitted | |
| 1 | | | x | | Plaintiff's Exhibit 1 | |
| | | 2:57p | | | Plaintiff cross-exam Quitmeyer | |
| 1 | | | x | | Plaintiff's Exhibit 1 | |
| | | 3:00p | | | Court examined Quitmeyer | |
| | | 3:01p | | | Ms. Quitmeyer is excused | |
| | J | 3:01p | x | x | Exhibit J - Gov't stip to move J into Evidence | |
| | B-1 | | x | x | Def. moved to admit B-1; admitted | |
| | | 3:02p | | | Defense rest; parties submitted | |
| | | 3:03p | | | Defendant to submit brief by 11/2; Gov't to respond by 11/9.; court will then rule<br>Court adjourned | |