JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07 0296 NJV |
|     Plaintiff, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER AND STIPULATION REQUESTING CONTINUANCE TO JUNE 23, 2008** |
| ) | |
| CAROL QUITMEYER, ) | |
|     Defendant. ) | |
| _____ ) | |

     The parties in this case hereby stipulate that, subject to the court's approval, the above-captioned matter be continued to June 23, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is to allow the parties to negotiate an appropriate stipulation for the next appearance.

//

//

//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0296 NJV**

1 | Both parties are available on the requested date.
2 | IT IS SO STIPULATED.

3 | DATED: 3/6/08

/s/
ELIZABETH FALK
Counsel for Defendant

6 | DATED: 3/6/08

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____

THE HON. NANDOR J. VADAS
United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION FOR CONTINUANCE
CR 07 0296 NJV**                    2