# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL TRIAL MINUTES

FILED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE NANDOR J. VADAS**

**DATE:** June 23, 2008

**CASE NO. CR07-0296 NJV**

**CASE NAME:** USA v. Carol J. Quitmeyer (present)

**TRIAL BEGAN AND ENDED:** June 23, 2008

**COURT DEPUTY:** Simone Voltz

**COURT REPORTER:** FTR 10:36-10:42

**TIME:** 6 mins

**COUNSEL FOR PLAINTIFF:**
Wendy Thomas

**COUNSEL FOR DEFENDANT:**
Elizabeth Falk

**PROCEEDINGS:**

1. Bench Trial held. Parties executed a bench trial stipulation.

**ORDERED AFTER THE HEARING:** Court on it's own Motion will incorporate by reference the entire case including the hearing of the Motion to Suppress and the testimony of the officers. Based on the stipulation and the entire record, including the Motion to Suppress, the Court finds the Defendant guilty as to Counts 1 and 2 of the Class B Misdemeanor Information

**NOTES:**   Defendant referred to US Probation for a pre-sentence report.

**EXHIBITS:**   Joint exhibit #1.

**CASE CONTINUED TO:**   09/26/08 at 9:30 a.m., before Judge Vadas for Judgment & Sentencing. (Sentencing to be held in Judge Laporte's Courtroom).

Trial Day(s) 1 of 1