JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Facsimile: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAROL J. QUITMEYER, <br><br> Defendant. | No. CR 07-0296 MAG <br><br> **BENCH TRIAL STIPULATIONS** <br><br> Trial Date: June 23, 2008 <br> Time: 10:30 a.m. <br> Court: The Honorable Nandor J. Vadas |

    Defendant, Carol J. Quitmeyer, seeking to preserve an appeal on her motion to suppress, hereby enters into the following factual stipulations with the United States for a bench trial on this matter. Accordingly, both parties stipulate and agree to the following facts and evidence, and further stipulate and agree that the government exhibits referenced herein are authentic and admissible under the Federal Rules of Evidence, subject to Defendant's objections regarding the admissibility of evidence that was recovered in violation of the Fourth Amendment or that was fruit from the unlawful seizure, as set forth in more detail in defendant's motion to suppress, which was heard and decided by the Court on December 4, 2007.

    It is Defendant's position that the evidence referred to in Paragraphs 1 and 2, including United States Exhibit 1 and other evidence not referenced herein, should have been suppressed pursuant to her motion; however, subject to this constitutional challenge, Defendant agrees that

1  the evidence listed herein is otherwise admissible and legally sufficient to establish the
2  Defendant's factual guilt of the charges in the Information.
3     COUNT ONE: 36 C.F.R. § 4.23(a)(1) - Operating a Motor Vehicle Under the Influence of
4     Alcohol
5     COUNT TWO: 36 C.F.R.§ 4.23(a)(2) - Operating a Motor Vehicle With A Blood Alcohol
6     Content over 0.08%
7  1. If called to the witness stand, United States Park Ranger Michael Hardin would testify that on
8     January 13, 2007, he was on patrol at the security area at the north anchorage of the Golden
9     Gate Bridge when he observed a red Volkswagon, bearing California license plate number
10    3DCD497, enter the Lime Point Gate area at Fort Baker. Ranger Hardin would further testify
11    that as of January 13, 2007, concrete barriers had been placed in the road in front of the Lime
12    Point Gate in a serpentine formation. Ranger Hardin would further testify that he observed
13    the automobile in question enter the barrier area and drive approximately halfway through the
14    barriers, after which the automobile attempted to turn around by pulling forward and backing
15    up three to five times, as if to make a series of three point turns. Ranger Hardin would
16    further testify that as he approached the Volkswagon on foot, he flashed his flashlight at the
17    vehicle, yelled out for the driver to stop, and that the vehicle did not stop its movement.
18    Ranger Hardin would further testify that he walked up to the vehicle and knocked on the
19    passenger side window, and that the driver of the vehicle rolled down the window. Ranger
20    Hardin would further testify that he identified the driver by means of a California driver's
21    license, No. C6244521, as the defendant, Carol Quitmeyer. Ranger Hardin would further
22    testify that Ms. Quitmeyer responded to his questions in a slow, deliberate tempo; that she
23    had bloodshot eyes, and that she stated that she had imbibed "a few drinks" containing
24    alcohol. Ranger Hardin would then testify that he asked Ms. Quitmeyer to perform standard
25    field sobriety tests, and that Ms. Quitmeyer voluntarily undertook the testing. Ranger Hardin
26    would then testify that Ms. Quitmeyer's performance on the tests indicated to him that she
27    was under the influence of alcohol, and that he arrested her. Ranger Hardin would then
28    testify that Ms. Quitmeyer was transported to the San Francisco County Jail so a blood

Stipulation of Facts: Bench Trial
CR 07-0296 MAG                              2

1. sample could be drawn to check her blood alcohol level.

2. If called to the stand, Forensic Alcohol Supervisor Glenda M. Easterling of the San Francisco Police Department would testify that she is a forensic toxicologist qualified to perform analyses pursuant to Title 17 of the California Code of Regulations, and that as a part of the regular course of her duties, she routinely tests human blood and/or human tissue for the presence of ethanol. Ms. Easterling would further testify that on January 18, 2007, she received the three blood specimans drawn from Ms. Quitmeyer on January 13, 2007, and performed tests in accordance with her official duties to determine whether Ms. Quitmeyer's blood contained any ethanol. Ms. Easterling would further testify that at the time she performed the tests on Ms. Quitmeyer's blood sample, the equipment she used to arrive at the results of the test was in proper working order. Ms. Easterling would further testify that the results of her tests indicate that Ms. Quitmeyer's blood sample contained .19% ethanol by volume, and that she wrote a report in the course of her official duties memorializing her findings. The parties stipulate and agree that United States' Exhibit 1 is a true and correct copy of the toxicology report of Ms. Easterling, and that the report is authentic and admissible under the Federal Rules of Evidence.

3. Ms. Quitmeyer further stipulates that road in front of the Lime Point Gate to the Golden Gate Bridge at Fort Baker is an area administered by the National Park Service in the Northern District of California.

**SO STIPULATED AND AGREED.**

DATED: June 23, 2008

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: June 23 2008

WENDY THOMAS
Assistant United States Attorney

DATED: June ___, 2008

CAROL J. QUITMEYER
Defendant

Stipulation of Facts: Bench Trial
CR 07-0296 MAG                                  3

1

Case 3:07-cr-00296-MAG    Document 24    Filed 06/23/2008    Page 4 of 4